# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BAKKENES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW G. WHITAKER, et al.,<br><br>　　　　Defendants. | Case No. CV 19-0214 FMO (AGRx)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

On April 11, 2019, the United States Magistrate Judge issued a Report and Recommendation (Dkt. 24, "R&R"), recommending that petitioner's request to withdraw his motion for preliminary injunction (Dkt. 17, "Motion"), (see Dkt. 22, Petitioner's Status Report at 2), be granted. (See Dkt. 24, R&R). Given that no objections have been filed, (see, generally, Dkt.), IT IS ORDERED THAT:

　　1.　The Magistrate Judge's Report and Recommendation is hereby adopted;

　　2.　Petitioner's request to withdraw his Motion for Preliminary Injunction is **granted**;

　　3.　The government's shall file its Response Brief to petitioner's Petition for Writ of Habeas Corpus no later than **May 31, 2019**.

　　4.　Petitioner shall file his Reply Brief no later than **July 1, 2019**.

Dated this 6th day of May, 2019.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge